UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD FRANK,

    Plaintiff,

v.                                                              Case No:   2:18-cv-162-FtM-99UAM

ROCKHILL INSURANCE COMPANY,

    Defendant.

## **ORDER**

      This matter comes before the Court upon review of the Joint Motion for Enlargement of Certain Deadlines filed on March 15, 2019. Doc. 56. On July 18, 2018, the Court entered a Case Management and Scheduling Order ("CMSO") setting the discovery deadline for April 1, 2019, the mediation deadline for March 15, 2019, the dispositive motions deadline for May 3, 2019, and a trial term beginning September 3, 2019. Doc. 43 at 1-2. The parties now request to move the discovery and mediation deadlines to May 3, 2019 and the dispositive motions deadline to June 7, 2019. Doc. 56 at 1-2. The parties state that the extensions are necessary because it will help the parties complete discovery and exhaust settlement efforts in an attempt to resolve this first party insurance coverage dispute. *Id.* at 1. As this is the parties first request to extend CMSO deadlines, the extensions are relatively brief, and the extensions will not necessitate moving the trial term, the Court finds good cause to extend the deadlines as requested. *See* Fed. R. Civ. P. 16. The Court does not find the issuance of amended CMSO necessary and all other deadlines and directives remain the same.

ACCORDINGLY, it is

**ORDERED:**

1.  The Joint Motion for Enlargement of Certain Deadlines (Doc. 56) is **GRANTED**.

2.  The parties shall have up to and including **May 3, 2019** to complete discovery and mediation, and up to and including **June 7, 2019** to file dispositive motions. All other deadlines and directives in the Case Management and Scheduling Order (Doc. 43) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 20th day of March, 2019.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of record