UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

HOWARD FRANK,

    Plaintiff,

v.                                       Case No.: 2:18-cv-162-FtM-99UAM

ROCKHILL INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on Plaintiff's Amended Motion for Summary Judgment (Doc. 59) filed on May 6, 2019. The Court denies without prejudice the motion because it does not comply with the Court's procedure on motions for summary judgment. As stated on the undersigned's website, each motion for summary judgment must include a specifically captioned section titled, "Statement of Material Facts," that lists each material fact alleged not to be disputed in *separate, numbered paragraphs*. *See also* Letter to Counsel Regarding Updates to Policies and Procedures (Oct. 14, 2015) (emphasis added). Because Plaintiff's motion does not list each fact alleged not to be disputed in separate, numbered paragraphs, the Court denies his motion without prejudice.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED:**

Plaintiff's Amended Motion for Summary Judgment (Doc. 59) is **DENIED without prejudice**. Plaintiff may file a second amended motion for summary judgment that complies with the Court's procedures on or before **May 10, 2019**. Defendant may file a response thereto within **fourteen (14) days** of service of Plaintiff's second amended motion for summary judgment.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of May, 2019.

*SHERI POLSTER CHAPPELL*
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record